IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Rochelle Sims, individually, and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br><br>VS.<br><br>Memorial Hermann Health System, and John Does 1-10,<br>　　　　Defendants. | CIVIL ACTION NO. H-21-4225 |

**ORDER**

The plaintiff moved to stay the briefing on the defendants' motion to dismiss to allow her to file an amended complaint. (Docket Entry No. 18). The court does not need to stay the case, but will extend all deadlines to permit the plaintiff to amend her complaint following the exchange of initial disclosures. The court will not decide the pending motion to dismiss until the plaintiff has had the opportunity to file an amended complaint. The following schedule applies:

- the plaintiff's amended complaint, (Docket Entry No. 12), is due April 8, 2022;

- the defendant's answer or motion to dismiss the amended complaint is due April 29, 2022; and

- the initial conference and oral argument on the motion to dismiss is reset for **May 13, 2022**, at 10:50 a.m., by video. A link will be provided separately.

SIGNED on March 14, 2022, at Houston, Texas.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　Chief United States District Judge