**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROCHELLE SIMS, individually, and on behalf of all other individuals similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. H-21-4225 |
| MEMORIAL HERMANN HEALTH SYSTEM, FMA ALLIANCE, LTD., and G&G ORGANIZATION, LTD. D/B/A PFS GROUP | § § § § § | |
| Defendants. | § | |

**ORDER**

The parties have filed a joint stipulation seeking to conform the defendants' deadlines on which to answer or otherwise respond to Plaintiff Rochelle Sims's amended complaint. (Docket Entry Nos. 23, 30). Based on the joint stipulation and the applicable law, the Court orders that the defendants must answer or otherwise respond to Plaintiff's operative complaint no later than **May 10, 2022**.

SIGNED on _____April 28, 2022_____ at Houston, Texas

_____
Lee H. Rosenthal
Chief United States District Judge

1198835.1