## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Rochelle Sims

v.                                            Case Number: 4:21–cv–04225

Memorial Hermann Health System, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/28/2022

**TIME:** 10:50 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   May 11, 2022

                                                                        Nathan Ochsner, Clerk