United States District Court
Southern District of Texas
**ENTERED**
June 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROCHELLE SIMS, individually, and on behalf of all other individuals similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. H-21-4225 |
| MEMORIAL HERMANN HEALTH SYSTEM, FMA ALLIANCE, LTD., and G&G ORGANIZATION, LTD. D/B/A PFS GROUP, | § § § § § § | |
| Defendants. | § | |

**ORDER EXTENDING REPLY DEADLINE
AND RESETTING INITIAL CONFERENCE**

Defendant Memorial Hermann Health System has filed an unopposed motion to: (1) extend the defendants' deadline to reply in support of their pending motion to dismiss the plaintiff's live complaint to July 8, 2022; and (2) reset the Court's June 28, 2022 initial conference to July 18, 2022 or any date thereafter. The motion is granted. The Court therefore orders that:

- the defendants' deadline to reply in support of their pending motion to dismiss is July 8, 2022; and

- the Court's initial conference is reset to **July 22, 2022, at 11:20 a .m.** by Zoom.

- Signed on this 14th day of June, 2022.

_____
Lee H. Rosenthal
Chief United States District Judge

1199873.1