United States District Court
Southern District of Texas
**ENTERED**
September 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROCHELLE SIMS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-21-4225 |
| MEMORIAL HERMANN HEALTH SYSTEM AND G&G ORGANIZATION, LTD, D/B/A PFS GROUP, | § § § § | |
| Defendants. | | |

## AMENDED SCHEDULING AND
## DOCKET CONTROL ORDER

The parties jointly filed to extend the deadlines in this case. (Docket Entry No. 56). The schedule is amended as follows:

6.     November 21, 2022     **SUMMARY JUDGMENT DEADLINE**
   No motion may be filed after this date except for good cause.

6.     December 12, 2022     **SUMMARY JUDGMENT RESPONSE**
   The nonmoving party must respond to the motion for summary judgment by this date.

6.     December 23, 2022     **SUMMARY JUDGMENT REPLY**
   The movant must reply by this date.

6.     January 26, 2023     **SUMMARY JUDGMENT HEARING**
   The court will hold a hearing on the summary judgment motion at 3:30 p.m. by Zoom. A Zoom link will be sent to the parties.

7.     March 24, 2023     **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
   The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

| | | |
|---|---|---|
| 8. | March 31, 2023 | **DOCKET CALL** <br> Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable. |

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on September 27, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge