United States District Court
Southern District of Texas
**ENTERED**
November 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROCHELLE SIMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEMORIAL HERMANN HEALTH SYSTEM and JOHN DOES 1-10,<br><br>Defendants. | Case No. 4:21-cv-04225<br><br>Chief Judge Lee H. Rosenthal |

## ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT

This matter coming before the Court on Plaintiff's Unopposed Motion to Amend Complaint, the Court having reviewed the same and being advised in the premises, it is hereby ORDERED:

1. Plaintiff's Motion is granted.

2. Plaintiff shall file her second amended complaint within 21 days of the entry of this Order.

Dated: November 07, 2022

/s/ *Lee H. Rosenthal*
LEE H. ROSENTHAL
UNITED STATES DISTRICT COURT JUDGE (CHIEF JUDGE)