United States District Court
Southern District of Texas
**ENTERED**
November 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROCHELLE SIMS, individually, and on behalf of all other individuals similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MEMORIAL HERMANN HEALTH SYSTEM and G&G ORGANIZATION, LTD. D/B/A PFS GROUP, <br><br> Defendants. | § § § § § § § § § § § § § § Case No. H-21-4225 |

## SECOND AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1. January 20, 2023 — **DEFENDANTS' DEADLINE TO MOVE FOR SUMMARY JUDGMENT**

2. February 10, 2023 — **PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' SUMMARY-JUDGMENT MOTIONS**

3. February 20, 2023 — **DEFENDANTS' DEADLINE TO REPLY IN SUPPORT OF THEIR SUMMARY-JUDGMENT MOTIONS**

4. TBD — **SUMMARY-JUDGMENT HEARING**

5. May 19, 2023 — **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
   The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

6. May 26, 2023 — **DOCKET CALL**
   Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket

1263471.1

call, and the case will be set for trial as close to the docket call as practicable.

7.   Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on November 07, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

2

1263471.1