United States District Court
Southern District of Texas
**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROCHELLE SIMS, individually, and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>VS.<br><br>MEMORIAL HERMANN HEALTH SYSTEM, *et al.*,<br>    Defendants. | CIVIL ACTION NO. H-21-4225 |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 60), the claims in this action against defendant G&G Organization, LTD, d/b/a PFS are dismissed with prejudice. Each party will bear its own costs.

SIGNED on November 22, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge