United States District Court
Southern District of Texas
**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROCHELLE SIMS, individually, and on behalf of all other individuals similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. H-21-4225 |
| MEMORIAL HERMANN HEALTH SYSTEM, LINK REVENUE RESOURCES, LLC, AND JOHN DOES 1-10, | § § § § | |
| Defendants. | § § | |

## DISMISSAL ORDER

Pursuant to the Stipulation of Dismissal filed by Plaintiff Rochelle Sims and Defendant Memorial Hermann Health System, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders that Sims' claims against Memorial Hermann are dismissed without prejudice. Each party to bear its own attorney's fees and costs.

SIGNED on _____March 30, 2023_____ at Houston, Texas

_____
Lee H. Rosenthal
United States District Judge