United States District Court
Southern District of Texas
**ENTERED**
May 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROCHELLE SIMS, individually, and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-21-4225 |
| MEMORIAL HERMANN HEALTH SYSTEM, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 83), the claims in this action against defendant Link Revenue Resources, LLC, are dismissed with prejudice. Each party will bear its own costs.

SIGNED on May 1, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge